LEWIS *v.* LEWIS.

ATKINSON, J. The rulings on the admissibility of evidence show no error. Though in some respects contradictory, the evidence authorized the judge to render a judgment awarding temporary alimony for the plain-

tiff and her children, and attorney's fees; and the amounts allowed were not excessive.

*Judgment affirmed. All the Justices concur.*

No. 803.  OCTOBER 17, 1918.

Temporary alimony. Before Judge Terrell. Carroll superior court. December 27, 1917.

*Buford Boykin* and *Willis Smith,* for plaintiff in error.

*J. L. Smith* and *Eugene Spradlin,* contra.